384 A.2d 990

Commonwealth v. Nelson, Appellant.

Argued November 14, 1977. Paulette J. Balogh, Assistant Public Defender, with her Ralph J. Cappy, Public Defender, for appellant; Dennis P. Kissane, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.